## SHOEMAKER v. TEDFORD et al.
### No. 2638.

Court of Civil Appeals of Texas. Beaumont.
Sept. 19, 1934.

Russell Savage and Boone & Raymer, all of Corpus Christi, for appellant.

H. S. Bonham, of Corpus Christi, and W. B. Moss, of Sinton, for appellees.

WALKER, Chief Justice.

This case was tried in the district court of San Patricio county, regularly appealed to the San Antonio Court of Civil Appeals, and transferred to this court by orders of the Supreme Court. It is before us without briefs by either party, and is, therefore, dismissed for want of prosecution, Haynes v. J. M. Radford Grocery Co., 118 Tex. 277, 14 S.W.(2d) 811.